(INND Rev. 4/24) page 1

-FILED-
APR 21 2025
At Chanda J. Berla, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

[This form is for non-prisoners to file a civil complaint. NEATLY print in ink (or type) your answers.]

Lorraine C. East
[You are the PLAINTIFF, print your full name on this line.]

v. JP Morgan Chase Bank NA
National Association
CEO Mr. Jamie Dimon
[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]

Case Number _____
[For a new case in this court, leave blank. The court will assign a case number.]

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]

## CIVIL COMPLAINT

| # | Defendant's Name and Job Title | Address |
|---|---|---|
| 1 | [Put the defendant named in the caption in this box.] JP Morgan Chase Bank NA National Association CEO Mr. Jamie Dimon | 270 Park Ave., New York City, NY 10017 |
| 2 | [Put the names of any other defendants in these boxes.] Ms. T. Wilson | 270 Park Ave., New York City, NY 10017 |
| 3 | Attorney Michael J. Feiwell | Attorney at Law Suite 400 8415 Allison Pointe Blvd Indianapolis, IN 46250 |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and address of each defendant in a separate box as shown here.]

1. How many defendants are you suing? 10

2. What is your address? 1492 W. 131st Court, Crown Point, IN 46307

3. What is your telephone number: (312) 730-0645

4. Have you ever sued anyone for these exact same claims?
   ◯ No.
   ◯ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

# CIVIL COMPLAINT LIST OF DEFENDANTS - CONTINUED

| # | Defendant's Name and Job Title | Address |
|---|---|---|
| 4 | Attorney Jordan White | Wyatt Tarrant & Combs Law Firm<br>400 W. Market Street, Ste 2000<br>Louisville, KY 40202 |
| 5 | Attorney Bryan K. Redmon | Attorneys at Law<br>8415 Allison Blvd. Ste 400<br>Indianapolis, IN 46250 |
| 6 | Attorneys at Law | Adedoyin Gomih Law LLC<br>394-396 W 80th Pl,<br>Merrillville, IN 46410 |
| 7 | Attorney Kelvin Connor | Dykema Gossett PLLC<br>10 S Wacker Dr # 2300,<br>Chicago, IL 60606 |
| 8 | Attorney Joseph Hickey | Dykema Gossett PLLC<br>39577 Woodward Ave # 300,<br>Bloomfield Hills, MI 48304 |
| 9 | Judge John M. Sedia | Lake County Superior Court<br>232 Russell St,<br>Hammond, IN 46320 |
| 10 | Magistrate Jeffrey Boiling | Small Claims Court Division 3, Room A108<br>2293 N Main St,<br>Crown Point, IN 46307 |

(INND Rev. 4/24)                                                                                                   page 2

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.
DO: Use simple English words and sentences.
   **DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.
DO: Explain when, where, why, and how these events happened.
DO: Include every fact necessary to explain your case and describe your injuries or damages.
DO: Number any documents you attach and refer to them by number in your complaint.
   **DO NOT**: Include the names of minors, social security numbers, or dates of birth.
DO: Use each defendant's name every time you refer to that defendant.
DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. I, Ms. Lorraine C. East - Plaintiff, am filing this claim due to the filing of my last claim / case # 2:19-CV-00451HAB-JEM United States District Court, Northern District of Indiana, Hammond Division, Lorraine C. East vs Jamie Dimon and Karen Clark - which was handled by Beckman Lawson Law Firm - which was won in the year of 2021 around the month of March. The claim was filed due to JP Morgan Chase Bank, NA unfair mortgage practices (was a lawsuit filed by the Attorney Generals in several states). Those cases won as well, no matter how many times JP Morgan Chase Bank have been warned and sued, - JP Morgan Chase Bank, NA, Chase lawyers and judges refuse to obey the rules here I am now with new case of retaliation.

2. I am stating and filing this claim against JP Morgan Chase Bank, NA, National Association and all the defendants due to lenders / defendants conduct is/was negligent, intentional, alo breach of contract (you tell me you approved the mortgage application - with Mr Jamie Dimon, CEO, okay - then you flee to another country). Tell my lawyer you have do something before I file another lawsuit. You have done absolutely nothing (left a ball BS). unforseeable emotional stress and distress. Poor communication and lack of responsiveness hae made my health stress levels and matters worse, which has led to substantial physical pain and mental anguish. Would like to be compensated for pain and suffering.

3. I, Ms. Lorraine C. East am stating this claim or these claims against JP Morgan Chase

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

(INND Rev. 4/24)                                                                                                              page 2

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.
DO: Use simple English words and sentences.
   **DO NOT:** Quote from cases or statutes, use legal terms, or make legal arguments.
DO: Explain when, where, why, and how these events happened.
DO: Include every fact necessary to explain your case and describe your injuries or damages.
DO: Number any documents you attach and refer to them by number in your complaint.
   **DO NOT:** Include the names of minors, social security numbers, or dates of birth.
DO: Use each defendant's name every time you refer to that defendant.
DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

(paragraph 3 continued)

Bank, NA / defendants' constant misconduct and also their constant misuse of their authority. I am also claiming this against the defendants - improper foreclosure proceedings, improper procedures of mortgage, misrepresentation of mortgage modifications (unfair housing practices - with unwillingness to help). There have been several law suits filed against JP Morgan Chase Bank, NA - CEO Mr. Jamie Dimon (then Attorney General Kamala D. Harris announces $300 million - settlement) Chase sled by Vice President. Lots class action lawsuits mortgage fraud.

4   I, Ms. Lorraine C. East feel that is for sure a real crystal clear case of discrimination (due to my race), slander of my good name, assassination of my godly character, ongoing tormenting harassment, distress (extreme anxiety, pain, sorrow), psychological stress, mental anguish, (bias) retaliation due to my prior filing complaints lawsuits.

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

(INND Rev. 4/24) page 3

Claims and Facts (continued)

_____
_____
_____
_____
_____
_____
_____
_____
_____

**RELIEF** – If you win this case, what do you want the court to order the defendant to do?

Requesting mortgage reform, diversity classes / training, and fair housing practice, correct unresolved mortgage errors, forgiveness of loan expungement court cases, monetary award for damages (punitive / other).

**FILING FEE** – Are you paying the filing fee?

○ Yes, I am paying the $405.00 filing fee. I understand that I am responsible to notify the defendant about this case as required by Federal Rule of Civil Procedure 4. [*If you want the clerk to sign and seal a summons, you need to prepare the summons and submit it to the clerk.*]

☒ No, I am filing a Motion to Proceed In Forma Pauperis and asking the court to notify the defendant about this case.

[*Initial Each Statement*]

LEC   I will keep a copy of this complaint for my records.
LEC   I will promptly notify the court of any change of address.
LEC   I declare **under penalty of perjury** that the statements in this complaint are true.

_Lorraine C. East_   4/17/2025
Signature                  Date

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]